U.S. COURTS
SEP 28 2010
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

Michael-Jedediah; Breinholt
1976 Star Lane
Meridian, Idaho (83646)
(208) 412-0301

## IN THE UNITED STATES DISTRICT COURT OF THE STATE OF IDAHO

STATE OF IDAHO

Plaintiff,

Vs.

MICHAEL BREINHOLT

Defendant

CASE NO  10-488-CV LMB

NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant hereby removes to this Court the state court action described below.

    THE STATE OF IDAHO filed an action which commenced in THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA, entitled STATE OF IDAHO, Plaintiff, vs. MICHAEL BREINHOLT, Defendant, case number CR-FE 2009-0010065.

    Plaintiffs- STATE OF IDAHO may not have jurisdiction when they are a party to a lawsuit according to the united States Constitution Article III Section 2 "In all cases affecting Ambassadors, other public Ministers and Consuls, **and those in which a State shall be a Party, the Supreme court shall have original Jurisdiction.**"

    Defendant brings this action to, The United States District Court for the State of Idaho which has "original Jurisdiction" over the subject matter.

1
NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

The State of Idaho is a party to this matter and therefore, the united States Supreme court has "original Jurisdiction".

3. See: 14th Amendment section 1:

**Section 1.** All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. **No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within <u>its jurisdiction</u> <u>the equal protection of the laws.</u>**

4. THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA has limited jurisdiction in that they can hear only cases that fall both within the scope defined by the united States Constitution in Article III Section 2 and Congressional statues See 28 U.S.C.§1251, §1331, §1332,

i. The USDC has subject matter jurisdiction over commerce and real estate issues which fall under commerce and money. See Jurisdiction defined by the Cornell School of Law.

ii. The USDC has supplemental jurisdiction because of Title 28 Sec 13, 14, 62, and 67.

2
NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

   iii. The USDC has supplemental jurisdiction because Article 1 Section 8 Clause 5 of the united States Constitution.

   iv. The right to remove a case from state to federal court is vested exclusively in "…the defendant or the defendants…" 28 U.S.C. §1441(a); 28 U.S.C. §1446(a). See also Shamrock Oil & Gas Corp. v. Sheets, 313 U.S. 100, 61 S.Ct. 868 (1941).

   v. The USDC has Jurisdiction because the dispute is about alleged "securities Fraud" that has crossed state lines.

   vi. **The COMPLAINT'S subject matter has Federal issues.**

   vii. **The Amount of Claim is for more than $75,000**

   viii. RICO, alleged Securities Fraud that has crossed state lines.

   ix. Federal Judges are appointed for life. A federal judge has a more in depth knowledge of Banking Law and Negotiable instrument law and because the alleged securities cross state lines and this is the Federal Judges expertise and Venue.

Defendant hereby submits NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

DATED: This 24 day of September, in the year, of our Lord, 2010.

BY: *Michael Blott*
Michael-Jedediah; Breinholt, *pro se*
Signed reserving all my rights at UCC 1-308

_____          9/24/2010     (seal)
NOTARY PUBLIC                        DATE

                                                         **MATTHEW COREY**
                                                         **Notary Public**
                                                         **State of Idaho**

My commission expires  9/9/2016                  (stamp)